**STATE of Missouri, Respondent,**

v.

**Franklin D. RILEY, Appellant.**

**No. ED 97025.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 19, 2012.

Alexa I. Pearson, Columbia, MO, for appellant.

Chris Koster, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

### ORDER

PER CURIAM.

The defendant, Franklin Riley, appeals the judgment entered by the Circuit Court of Marion County following his conviction by a jury of attempt to manufacture a controlled substance, in violation of section 195.211 RSMo. (Supp.2011), and possession of anhydrous ammonia in a non-approved container, in violation of section 578.154.[1] The trial court sentenced the defendant as a prior offender to a total of nineteen years of imprisonment. Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 30.25(b).

---

1. All statutory references are to RSMo. (Supp. 2011) except as otherwise indicated.